No. 4547.—Benero, apldo. *v.* Alvarado et al., apltes.—

C. D. San Juan. Mayo 28, 1928. Llamada hoy para vista la moción para desestimar, el apelante se allanó a la desestimación y en su consecuencia el tribunal declaró con lugar la moción y desestimó el recurso.